GENEVA PERMANENT LOAN AND SAVINGS ASSOCIATION, Plaintiff, *v.* PETER H. COYNE et al., Respondents, and CORNELIUS T. LYNCH, Appellant.

*Appeal — motion for permission to withdraw appeal granted.*

*Geneva Permanent L. & S. Assn.* v. *Coyne*, 222 App. Div. 718, appeal withdrawn.

(Submitted April 2, 1928; decided April 10, 1928.)

MOTION for leave to withdraw an appeal from an order of the Appellate Division of the Supreme Court in

the fourth judicial department, entered November 18, 1927, which affirmed an order of the Ontario County Court confirming the report of a referee in surplus money proceedings.

The motion was made upon the ground that the appeal was improperly taken.

*Albert G. Kirby* for motion.

*William S. Moore,* opposed.

Motion granted on payment of ten dollars costs within ten days; otherwise denied, with ten dollars costs.